150 A.3d 405

KRISHNA RAMPERGASH, PLAINTIFF–PETITIONER, v. GEICO INSURANCE CO., DEFENDANT–RESPONDENT.

July 11, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003049–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs.